UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:18-cv-216

Name of party requesting extension: Office Depot, Inc.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/30/18

Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 7/20/18   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Nicholas G. Papastavros
State Bar No.: BBO No. 635742
Firm Name: DLA Piper LLP (US)
Address: 33 Arch Street, 26th Floor
Boston, MA 02110-1447

Phone: (617) 406-6000
Fax:   (617) 406-6100
Email: nick.papastavros@dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.