# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Relativity Display LLC, <br><br> Plaintiff <br><br> v. <br><br> Office Depot, Inc., <br><br> Defendant. | CASE NO.  2:18-cv-00216-JRG |

## ORDER

Before the Court is Plaintiff Relativity Display LLC and Defendant Office Depot, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 11).  Having considered the Joint Motion, the Court finds that the Motion should be and hereby is **GRANTED**.  It is **ORDERED** that all unreached case deadlines applicable between Plaintiff Relativity Display LLC and Defendant Office Depot, Inc. are stayed for thirty (30) days from the date of this Order, in order for the Parties to finalize the settlement agreement and submit appropriate dismissal papers

**So Ordered this**
Jul 30, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE